IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DENNIS RILEY,** : | |
| : | |
| **Petitioner,** : | |
| : | |
| v. : | Case No. 5:25-cv-00048-CAR-CHW |
| : | |
| **WARDEN JACOB BEASLEY,** : | |
| : | |
| **Respondent.** : | |
| _____ : | |

### ORDER

*Pro se* Petitioner Dennis Riley, a prisoner in the Telfair State Prison in Helena, Georgia, filed the above-captioned application for federal habeas corpus relief under 28 U.S.C. § 2254, but he did not pay the filing fee or file a proper motion to proceed without the prepayment of the filing fee. A prisoner proceeding *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Accordingly, Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a proper and complete motion to proceed without the prepayment of the filing fee.[1] The Clerk is **DIRECTED** to mail Petitioner a copy of the appropriate forms, marked with the case number for this case, that Petitioner should use for this purpose.

---

[1] Petitioner states his family will be sending a $5.00 money order for the filing fee, ECF No. 1-1 at 1, but the Court has not yet received this fee.

Petitioner also filed a motion requesting a briefing schedule for this case (ECF No. 2). More specifically, Petitioner requests 45 days to submit his brief in support of his Petition, primarily because it is difficult for him to receive law library access. ECF No. 2 at 1-2. Petitioner's motion is premature. Once Petitioner pays the required filing fee or submits a motion for leave to proceed *in forma pauperis*, the Court will screen the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to determine whether the Petition will be summarily dismissed or served upon Respondent. If the Petition survives Rule 4 screening and a brief is required from Petitioner at some later stage in the litigation, Petitioner may file a motion for an extension of time to file his brief if he cannot comply with the deadline set by the Court. His pending motion (ECF No. 2) is therefore **DENIED.**

If Petitioner does not wish to now pursue habeas relief, he should notify the Court of this decision and/or withdraw his petition within **FOURTEEN (14) DAYS** of the date shown on this Order. Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 5th day of March, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
